# United States District Court
# For The Western District of North Carolina
# Statesville Division

JULIUS C. COX,

    Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                     CASE NO. 5:10CV84-2-MU

OFFICER SMATHER, CORRECTIONAL
OFFICER AT ALEXANDER CORRECTIONAL
INSTITUTION,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 13, 2010, Order.

                                             Signed: July 13, 2010

                                             Frank G. Johns, Clerk
                                             United States District Court